UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ANTONIO RAMALES BONILLA, :
:
              Plaintiff, :        23-CV-3076 (PAE) (OTW)
:
              -against- :        **ORDER**
:
SALTY DOG REST. LTD., et al., :
:
              Defendants. :
:
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiff's motion to ADJOURN the Initial Case Management Conference is **GRANTED**. (ECF 9). The Initial Case Management Conference scheduled for **June 20, 2023,** is ADJOURNED to **July 19, 2023, at 12:30 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The Report of Rule 26(f) Meeting and Proposed Case Management Plan is due **July 12, 2023.**

Counsel who have entered an appearance as of the date of this order are directed to notify all other parties' attorneys in this action by serving upon each of them a copy of this order. If unaware of the identity of counsel for any of the parties, counsel receiving this order must send a copy of this order to that party personally.

The Clerk of Court is respectfully directed to close ECF 9.

**SO ORDERED.**

                                                                     _s/ Ona T. Wang_
Dated: June 14, 2023                                   **Ona T. Wang**
       New York, New York                     United States Magistrate Judge