UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ANTONIO RAMALES BONILLA,

                Plaintiff,

                -against-

SALTY DOG REST. LTD., et al.,

                Defendants.
------------------------------------------------------------x

23-CV-3076 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Defendant's motion to ADJOURN the Initial Case Management Conference is **GRANTED**. (ECF 11). The Initial Case Management Conference scheduled for **July 19, 2023,** is ADJOURNED to **August 15, 2023, at 11:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The **joint** Report of Rule 26(f) Meeting and Proposed Case Management Plan is due **August 8, 2023.**

The Clerk of Court is respectfully directed to close ECF 11.

**SO ORDERED.**

Dated: July 13, 2023
New York, New York

     _s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge