UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
ANTONIO RAMALES BONILLA,

          Plaintiff,

          -against-

SALTY DOG REST. LTD., et al.,

          Defendants.
-----------------------------------------------------------x

23-CV-3076 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties' motion to ADJOURN the Initial Case Management Conference is **GRANTED**. (ECF 22). The Initial Case Management Conference scheduled for **August 15, 2023,** is **ADJOURNED** *sine die*.

The Clerk of Court is respectfully directed to close ECF 22.

      **SO ORDERED.**

Dated: August 8, 2023
      New York, New York

      *s/ Ona T. Wang*
      **Ona T. Wang**
      United States Magistrate Judge