**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ANTONIO RAMALES BONILLA,                  :
                                          :
                    Plaintiff,            :          23-CV-3076 (PAE) (OTW)
                                          :
                    -against-             :          **MEDIATION REFERRAL ORDER**
                                          :
SALTY DOG REST. LTD., et al.,             :
                                          :
                    Defendants.           :
                                          :
                                          :
-------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      It is **ORDERED** that this case is referred to the Court-annexed Mediation Program in accordance with Local Rule 83.9. The parties are directed to participate in the mediation in good faith. The mediation shall be completed by **October 9, 2023**. The case is hereby **STAYED** pending mediation. The parties shall file a joint status letter by **October 16, 2023, or upon the conclusion of mediation.**

      SO ORDERED.


                                _s/ Ona T. Wang_

Dated: August 8, 2023                     **Ona T. Wang**
       New York, New York                 United States Magistrate Judge