# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

December 29, 2023

**VIA ECF**
The Honorable Ona T. Wang, U.S.M.J.
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

                Re:    *Ramales Bonilla et al v. Salty Dog Rest. Ltd et al*
                       **Case No.: 1:23-cv-03076-PAE-OTW**

Dear Honorable Magistrate Judge Wang:

    This law firm represents Plaintiff Antonio Ramales Bonilla (the "Plaintiff") in the above-referenced matter.

    Pursuant Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an extension of time to file a status report from December 29, 2023 to, through and including, January 12, 2024.

    This is the first request of its kind, and is made on consent of Defendants Salty Dog Rest. Ltd., Robert Fadel, Steven Fadel, and George Kabbez (collectively, the "Defendants").

    The basis of this request is that the undersigned requires additional time to meet-and-confer with counsel for Defendants regarding the status of the above-referenced matter. The undersigned has had limited availability this week, and the week of January 1, 2024, due to the Christmas and New Year holidays.

    Thank you, in advance, for your time and attention to this matter.

                            Respectfully submitted,

                            LEVIN-EPSTEIN & ASSOCIATES, P.C.

                By:  */s/ Jason Mizrahi*
                      Jason Mizrahi, Esq.
                      60 East 42nd Street, Suite 4700
                      New York, New York 10165
                      Tel. No.:  (212) 792-0048
                      Email: Jason@levinepstein.com
                      *Attorneys for Plaintiff*

VIA ECF: All Counsel

                      Application **GRANTED** nunc pro tunc.

                      **SO ORDERED**.

                      _____
                      Ona T. Wang      1/2/2024
                      U.S.M.J.